**No. 09-8378. James H. Shortz, Petitioner v. City of Tuskegee, Alabama, et al.**

559 U.S. 994, 130 S. Ct. 1742, 176 L. Ed. 2d 217, 2010 U.S. LEXIS 2287.

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 352 Fed. Appx. 355.

**No. 09-8379. Patricia A. Aldridge, Petitioner v. Lori Nohe, Warden.**

559 U.S. 994, 130 S. Ct. 1742, 176 L. Ed. 2d 217, 2010 U.S. LEXIS 2311.

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 347 Fed. Appx. 969.

**No. 09-8381. Michael Lynn Bradden, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

559 U.S. 994, 130 S. Ct. 1743, 176 L. Ed. 2d 217, 2010 U.S. LEXIS 2317, ■

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-8385. Miguel Mijarez, Petitioner v. Florida.**

559 U.S. 994, 130 S. Ct. 1743, 176 L. Ed. 2d 217, 2010 U.S. LEXIS 2210.

March 8, 2010. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 22 So. 3d 538.

**No. 09-8389. Delfino Sabedra, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

559 U.S. 994, 130 S. Ct. 1743, 176 L. Ed. 2d 217, 2010 U.S. LEXIS 2288, ■

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-8390. Derick Lashawn Reed, Petitioner v. Florida.**

559 U.S. 994, 130 S. Ct. 1743, 176 L. Ed. 2d 217, 2010 U.S. LEXIS 2306.

March 8, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, Fourth District, denied.

Same case below, 23 So. 3d 729.

**No. 09-8391. Jacob Sampson, Petitioner v. Andrea France, et al.**

559 U.S. 994, 130 S. Ct. 1743, 176 L. Ed. 2d 217, 2010 U.S. LEXIS 2225, ■

March 8, 2010. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 384 Ill. App. 3d 1092, 362 Ill. Dec. 694, 973 N.E.2d 1090.

**No. 09-8393. Clarence Randle, Jr., Petitioner v. California.**

559 U.S. 995, 130 S. Ct. 1743, 176 L. Ed. 2d 217, 2010 U.S. LEXIS 2256, ■

March 8, 2010. Petition for writ of certiorari to the Court of Appeal of California, Third Appellate District, denied.

**No. 09-8396. Jimmy Edward May, Petitioner v. California.**

559 U.S. 995, 130 S. Ct. 1744, 176 L. Ed. 2d 217, 2010 U.S. LEXIS 2243.

March 8, 2010. Petition for writ of certiorari to the Supreme Court of California denied.